**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

UNITED STATES OF AMERICA,
Plaintiff,

v.                                                      Criminal No.: 26-174 (SCC)

JOELY RODRIGUEZ-VILLEGAS,
Defendant.

**MOTION TO UNSEAL**

TO THE HONORABLE COURT:

COMES NOW the United States of America, by and through the undersigned attorneys, and very respectfully states:

1.     On April 30, 2026 a Federal Grand Jury returned the Indictment of reference which was filed under seal.

2.     The motion to seal requested that the case remain under seal "until further order from this Court, upon request from the government or upon the arrest of the defendant."

3.     Law enforcement arrested the defendant on May 8, 2026.

4.     Accordingly, the United States respectfully requests that the instant case be unsealed.

**WHEREFORE**, the United States respectfully asks the Court to GRANT the instant request.

RESPECTFULLY SUBMITTED,

In San Juan, Puerto Rico, this 8th day of May, 2026.

W. STEPHEN MULDROW
United States Attorney

*s/Laura Diaz-González*
Laura Díaz-González
USDC PR No. 308313
Assistant United States Attorney
United States Attorney's Office
Torre Cardón, Suite 1201
350 Carlos Chardón Street
San Juan, Puerto Rico 00918
laura.diaz-gonzalez@usdoj.gov
